FILED

FEB 03 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20MJ0457 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | 18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition; |
| MICHAEL ZEPEDA MEJIA, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about January 23, 2020, within the Southern District of California, defendant MICHAEL ZEPEDA MEJIA, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: one round of CCI .380 caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

//
//
//
//
//
//
//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                              Arnesha Bahn
                                              Special Agent, ATF

Sworn to me and subscribed in my presence this __3__ day of February, 2020.

                                              HON. WILLIAM V. GALLO
                                              UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain those facts believed to be necessary to establish the requisite probable cause.

On or about January 23, 2020, Oceanside Police Department officers assigned to the Gang Suppression Unit observed a silver Honda Accord sedan bearing California license plate 7YVE057 traveling northbound directly in front of their patrol vehicle with a nonfunctioning brake light in violation of CVC 24252(a) - Failure to maintain lighting equipment. Officers activated their emergency lights and initiated a traffic stop of the vehicle, which yielded near the intersection of College Blvd and Marvin St in Oceanside, California, within the Southern District of California. As the vehicle yielded to the right shoulder, officers noticed the driver and sole occupant appeared to be reaching down under the seat around the floor board as he glanced at the officers from his driver side rear view mirror. Officers later identified the driver as Michael Zepeda MEJIA.

Based on their observations, officers quickly exited their patrol vehicle and directed MEJIA to turn off the vehicle. As officers contacted MEJIA on the driver's side, they observed a folding knife clipped to MEJIA's right pants pocket. MEJIA quickly threw the knife on the front passenger seat.

Officers observed white crystalline residue that the officers suspected—and was later confirmed by testing—to be methamphetamine on the passenger side dashboard. While speaking with MEJIA, officers observed that MEJIA was showing signs of impairment. Officers directed MEJIA to exit the vehicle to conduct further evaluations for impairment.

Records checks revealed that MEJIA has a prior felony conviction for PC 21310 - Carry a concealed dirk or dagger. Based on MEJIA's prior conviction, furtive movements, loose fitting clothing, and the knife that was previously clipped to his pants pocket, officers conducted a pat down for additional weapons. While conducting the pat down, officers felt

3

a cylindrical glass pipe with a bulbous end stuffed in MEJIA's left sock. The glass pipe was similar to paraphernalia commonly used to ingest narcotics.

While searching MEJIA's vehicle for additional narcotics, officers located a loaded Davis Industries, model P-380 pistol bearing serial number AP382205 underneath the driver's floor mat along with five unexpended rounds of ammunition in the magazine, including one round of CCI .380 caliber ammunition. Officers also located .07 grams of a white crystalline substance that tested positive for methamphetamine in the center console.

Preliminary records checks on MEJIA revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 09/30/2015 | CASCM – Riverside | 496D(A) PC - Possess Stolen Vehicle/Vessel/Etc (Felony) | 36 months' probation 120 days' jail |
| 02/02/2016 | CASD – CORR Chino | Cnt 1: 237(A) PC - False Imprisonment:Violence/Et<br><br>Cnt 2: 21310 PC - Carry Concealed Dirk Or Dagger | 4 years' prison |
| 05/22/2017 | CASD – CORR Jamestown | 496D(A) PC - Possess Stolen Vehicle/Vessel/Etc (Felony) | 1 year and 4 months' prison |

The firearm and ammunition were seized and inspected. Preliminary checks revealed that the CCI .380 caliber ammunition was not manufactured in California. Therefore, the ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

4